

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BARBARA ANN DOMINEY, INDIVIDUALLY, AND AS TRUSTEE OF THE DOMINEY EXEMPT BYPASS TRUST, THE DOMINEY NON-EXEMPT BYPASS TRUST, THE DOMINEY 2012 IRREVOCABLE TRUST F/B/O ELENA MARQUARITA DOMINEY LANGSTON, TERESA EDDINGER, AND ALLISON ALLEN, CO-TRUSTEES OF THE DOMINEY INSURANCE TRUST OF 1993, AND ESTATE OF SAMUEL DOMINEY JR., | § § § § § § § § | No. 08-21-00187-CV<br><br>Appeal from the<br><br>278th District Court<br><br>of Walker County, Texas<br><br>(TC# 2130121) |
| Appellants. | § | |
| v. | § | |
| ELENA MARQUARITA DOMINEY LANGSTON, FLORENCE OLIVIA DOMINEY CAMPBELL, AND MATTHEW DAVID DOMINEY, BENEFICIARIES OF THE DOMINEY 2012 IRREVOCABLE TRUST, THE DOMINEY EXEMPT BYPASS TRUST, THE DOMINEY NON-EXEMPT BYPASS TRUST, AND THE DOMINEY INSURANCE TRUSTS OF 1993, | § § § § § § | |
| Appellees. | § | |

1

## ORDER FOR MEDIATION REFERRAL

The Court has determined that this case is appropriate for referral to mediation pursuant to TEX.CIV.PRAC.&REM.CODE ANN. § 154.021, *et seq.*, and **ORDERS** this case referred to mediation. Any objection to this order must be filed with this Court and served upon all parties within ten (10) days of the date of this order. An objection untimely filed may be considered waived.

The Court further **ORDERS** that the parties shall, within twenty (20) days of this order, or within ten (10) days of an adverse ruling on an objection, confer and attempt to agree upon a mediator qualified under TEX.CIV.PRAC.&REM.CODE ANN. §154.052. The parties shall notify the Court of the name, address, telephone and fax number of the mediator. If the parties are unable to agree upon a qualified mediator, the parties are directed to immediately notify the Court in writing, and upon receipt, the Court will enter an order reestablishing the appellate timetable.

The Court further **ORDERS** that the mediation be held within sixty (60) days of this order and that the appellate timetable be suspended during such time. All parties or their representative with full settlement authority shall attend the mediation process, with their counsel of record. The mediator and parties shall file a report of the completion of mediation within forty-eight (48) hours of the conclusion of mediation advising the court of:

- full, partial, or no resolution of the case;

- whether further negotiations are planned; and

- compensation paid to the mediator and by whom.

In the event no further negotiations are planned and there is no resolution, or a partial resolution of the case occurs, the parties will file a motion with this Court requesting that the Court issue an order reestablishing the appellate timetable. This motion will accompany the above-mentioned forty-eight (48) hours report.

The Court further **ORDERS**, in the event of full resolution of the issues in this case, that the parties file a joint dispositive motion within ten (10) days of the conclusion of mediation.

IT IS SO ORDERED this 25th day of October, 2021.

PER CURIAM

Before Rodriguez C.J., Palafox and Alley, JJ.